UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CLIVE A. LYNCH,**

   Plaintiff,

v.                                                             No. 4:24-cv-0782-P

**DEUTSCHE NATIONAL TRUST COMPANY, ET AL.,**

   Defendants.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order issued this same day, this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **8th day of July 2025.**

                                            MARK T. PITTMAN
                                            UNITED STATES DISTRICT JUDGE